UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 2:06-MJ-84 |
| | ) | |
| HORACE HATCHER | ) | |

**O R D E R**

This matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge on the defendant/ petitioner's petition to vacate his conviction pursuant to 28 U.S.C. § 2255. The *pro se* defendant/ petitioner has filed objections to this report.

After careful consideration of the Report and Recommendation of the United States Magistrate Judge, [Doc. 23], it is the opinion of this Court that the Magistrate Judge's Report and Recommendation is correct in all respects. Therefore, it is hereby **ORDERED** that the defendant/petitioner's objection is **OVERRULED,** the Report and Recommendation is **ADOPTED** and **APPROVED**, and that the petition to vacate the defendant/petitioner's conviction is **DISMISSED.** It is further **ORDERED**, given the clearly frivolous claims of the defendant/petitioner, that he is **DENIED** a certificate of appealability.

ENTER:

                                                           s/J. RONNIE GREER
                                        UNITED STATES DISTRICT JUDGE